IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ramiro Martin Collazos a/k/a Ramiro M. Collazos a/k/a Ramiro Collazos a/k/a Martin Ramiro Collazos<br>Debtor(s) | BK NO. 22-01552 MJC<br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MCLP Asset Company, Inc. and index same on the master mailing list.

    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
05 Jan 2023, 10:45:48, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322