IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RAMIRO MARTIN COLLAZOS<br>**Debtor(s)** | CHAPTER 13<br><br>CASE NO.: 5:22-bk-01552-MJC |
| AMERICAN HONDA FINANCE CORPORATION<br>**Movant** | |
| v. | |
| RAMIRO MARTIN COLLAZOS<br>**Respondent(s)** | |
| JACK N. ZAHAROPOULOS<br>     **Trustee** | |

## ANSWER TO MOTION FOR RELIEF ON BEHALF OF DEBTOR

AND NOW comes the Debtor, Ramiro Martin Collazos by and through his attorneys, and answers the Motion for Relief from Automatic Stay by American Honda Finance Corporation, as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
5. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

**WHEREFORE,** Movant respectfully requests an Order of this Court vacating the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1)-(2); and for such other, further and different relief as to this Court may deem just, proper and equitable.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By:   /s/ Robert J. Kidwell, Esq.
       Robert J. Kidwell, Esq.
       712 Monroe Street
       Stroudsburg, PA 18360
       P: 570-421-9090
       F: 570-424-9739
       rkidwell@newmanwilliams.com
       *Attorney for Debtor*

Date: January 16, 2023