**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**(WILKES-BARRE)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **RAMIRO MARTIN COLLAZOS** | ) | **CASE NO.: 5:22-bk-01552-MJC** |
| **AKA RAMIRO M. COLLAZOS** | ) | **CHAPTER 13** |
| **AKA RAMIRO COLLAZOS** | ) | **JUDGE MARK J CONWAY** |
| **AKA MARTIN RAMIRO COLLAZOS** | ) | |
| **DEBTOR** | ) | |
| | ) | |
| **MCLP ASSET COMPANY, INC.** | ) | |
| **CREDITOR** | ) | |
| | ) | |
| **RAMIRO MARTIN COLLAZOS** | ) | |
| **AKA RAMIRO M. COLLAZOS** | ) | |
| **AKA RAMIRO COLLAZOS** | ) | |
| **AKA MARTIN RAMIRO COLLAZOS** | ) | |
| **DEBTOR AND TRUSTEE JACK N.** | ) | |
| **NAROPOULOS** | ) | |
| **RESPONDENTS** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of

Appearance on behalf of MCLP Asset Company, Inc.and requests that they be noticed on all

pleadings, documents and hearings; that they receive copies of all documents; and be added to the

matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

> **DATED** this 14th day of February 2024

> Respectfully submitted,
> /s/ Joshua I. Goldman
> Joshua I. Goldman, Esq
> Pennsylvania Bar # 205047
> PADGETT LAW GROUP
> 6267 Old Water Oak Road, Suite 203
> Tallahassee, FL 32312
> (850) 422-2520 (telephone)
> josh.goldman@padgettlawgroup.com
> *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 14th day of February 2024.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 5:22-bk-01552-MJC)

*DEBTOR*
RAMIRO MARTIN COLLAZOS
2857 YELLOWSTONE DRIVE
BLAKESLEE, PA 18610
AKA RAMIRO M. COLLAZOS
AKA RAMIRO COLLAZOS
AKA MARTIN RAMIRO COLLAZOS

*ATTORNEYS FOR DEBTOR*
ROBERT J KIDWELL, III
NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360
EMAIL: RKIDWELL@NEWMANWILLIAMS.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
EMAIL: TWECF@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222
EMAIL: USTPREGION03.HA.ECF@USDOJ.GOV