United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                        Case No. 22-01552-MJC

Ramiro Martin Collazos                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                                User: AutoDocke                                                 Page 1 of 2

Date Rcvd: Mar 28, 2024                                    Form ID: ordsmiss                                            Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ramiro Martin Collazos, 2857 Yellowstone Drive, Blakeslee, PA 18610-2440 |
| cr | | MCLP Asset Company, Inc., Fay Servicing, LLC, PO Box 814609, Dallas,, TX 75381-4609 |
| cr | + | MCLP Asset Company, Inc. C/O Specialized Loan Serv, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| 5491159 | + | LOGS LEGAL GROUP, LLP, CHRISTOPHER A. DENARDO, ESQ., 3600 HORIZON DRIVE, SUITE 150, KING OF PRUSSIA, PA 19406-4702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5512523 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 28 2024 18:41:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, United States |
| 5492874 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 28 2024 18:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5491157 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 28 2024 18:41:00 | HONDA FINANCIAL SERVICES, PO BOX 65507, WILMINGTON, DE 19808-0507 |
| 5491156 | + | EDI: CCS.COM | Mar 28 2024 22:39:00 | CCS COLLECTIONS, 725 CANTON STREET, NEWTON, MA 02062-2679 |
| 5491158 | | EDI: IRS.COM | Mar 28 2024 22:39:00 | IRS, ACS SUPPORT, PO BOX 8208, PHILADELPHIA, PA 19101-8208 |
| 5595562 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2024 18:41:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5499089 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 28 2024 18:41:00 | MCLP Asset Company, Inc., c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5595561 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2024 18:41:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5495577 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 28 2024 18:41:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-0709 |
| 5497856 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 18:51:16 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5491160 | | Email/Text: bankruptcy@sw-credit.com | Mar 28 2024 18:41:00 | SOUTHWEST CREDIT, 4120 INTERNATIONAL PKWY, SUITE 1100, CARROLLTON, TX 75007-1958 |
| 5491161 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 28 2024 18:41:00 | SPECIALIZED LOAN SERVICING, 8742 LUCENT BLVD, SUITE 300, HIGHLANDS |

RANCH, CO 80129-2386

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, UNITED STATES |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MCLP Asset Company  Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joshua I Goldman | on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Michael Patrick Farrington | on behalf of Creditor MCLP Asset Company  Inc. mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Ramiro Martin Collazos rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Ramiro Martin Collazos lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ramiro Martin Collazos,<br>aka Ramiro M. Collazos, aka Ramiro Collazos, aka Martin Ramiro Collazos,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:22−bk−01552−MJC |

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: March 28, 2024

ordsmiss (05/18)